Chicago & Eastern Illinois Railroad Company and Chicago & Western Indiana Railroad Company v. Apollonia Schmitz.

### Gen. No. 10,988.

1. AFFIRMANCE—*when, results by operation of law.* Where only two judges of the Appellate Court participate in the decision of a case and they disagree, an affirmance results by operation of law.

Action on the case for personal injuries. Appeal from the Superior Court of Cook County; the Hon. PHILIP STEIN, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1902. Affirmed by operation of law. Opinion filed March 18, 1904.

WILL H. LYFORD and KENESAW M. LANDIS, for appellants; ALBERT M. CROSS, of counsel.

RICHOLSON & LEVY, for appellee; C. STUART BEATTIE, of counsel.

Mr. Justice Stein presided at the trial of this cause in the Superior Court and took no part in the decision thereof in this court.

The other judges being unable to agree as to the judgment herein, the judgment of the Superior Court is affirmed by operation of law.

*Affirmed by operation of law.*